1  Kenneth P. Herzinger (SBN 209688)
   PAUL HASTINGS LLP
2  101 California Street, 48th Floor
   San Francisco, California 94111
3  Telephone: (415) 856-7040
   Facsimile: (415) 856-7100
4  kennethherzinger@paulhastings.com

5  *Attorney for Movants*
   FRANCISCO PARTNERS MANAGEMENT, L.P. AND
6  GOTO TECHNOLOGIES USA, INC.

7

8  Brian M. Lutz (SBN 255976)
   Jeff Lombard (SBN 285371)
9  GIBSON, DUNN & CRUTCHER LLP
   One Embarcadero Center Suite 2600
10 San Francisco, CA 94111
11 Tel: 415.393.8379
   Email: BLutz@gibsondunn.com
12 Email: JLombard@gibsondunn.com

13 *Attorneys for Movant*
   ELLIOTT INVESTMENT MANAGEMENT L.P.
14

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re LastPass Data Security Incident Litigation* | Case No. 3:25-mc-80038<br><br>*[Action Pending as Case No. 1:22-CV-12047-PBS in the United States District Court for the District of Massachusetts]*<br><br>**ORDER GRANTING MOTION TO TRANSFER JOINT MOTION TO QUASH SUBPOENAS TO DISTRICT OF MASSACHUSETTS PURSUANT TO FED. R. CIV. PRO. 45(f)** |

ORDER GRANTING MOTION TO TRANSFER

**ORDER GRANTING MOTION TO TRANSFER**

The Court, upon review and consideration of Francisco Partners Management, L.P., GoTo Technologies USA, Inc., and Elliott Investment Management L.P.' Motion to Transfer Joint Motion to Quash Subpoenas to the District of Massachusetts Pursuant to Fed. R. Civ. Pro. 45(f) and the subpoena receipts' consent to transfer the motion to the issuing court contained therein, hereby:

1. GRANTS the Motion to Transfer.
2. Instructs the Clerk of the Court to transfer the Joint Motion to Quash Non-Party Subpoenas, with its supporting memorandum and declaration (Doc. Nos. 1-3), to the United States District Court for the District of Massachusetts.

**IT IS SO ORDERED.**

Dated: February 14, 2025

_____
United States Magistrate Judge